```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

         -v-                        :

LJUSA NUCULOVIC,                 :

         Defendant.               :
- - - - - - - - - - - - - - - - x

<u>ORDER OF FORFEITURE</u>
S3 04 Cr. 1110 (DLC)

      WHEREAS, on or about September 12, 2005, LJUSA NUCULOVIC, (the "defendant"), among others, was charged in a twenty-one count Superseding Indictment S3 04 Cr. 1110 (DLC) (the "Indictment") with conspiracy to commit and committing various RICO violations, including illegal gambling and extortion in violation of 18 U.S.C. §§ 1962, 1951, 1955(d), 371 and 2; and

      WHEREAS, the Indictment included two forfeiture allegations;

      WHEREAS, on or about January 4, 2006, a jury returned a guilty verdict against the defendant Ljusa Nuculovic on Counts One, Two, Five, Six, Twelve and Thirteen;

      WHEREAS, on December 15, 2006, defendant Ljusa Nuculovic was sentenced and ordered to forfeit the following:

      Pursuant to the First Forfeiture Allegation, contained in Counts One and Two of the Indictment, the following interests of Ljusa Nuculovic were ordered forfeited:

          (i)    any acquired and maintained interests in violation of Title 18, United States Code, Section 1962, which interests are subject to

>           forfeiture to the United States pursuant to
>           Title 18, United States Code, Section
>           1963(a)(1);
>
>     (ii)  any interest in, security of, claims against
>           and property and contractual rights which
>           afford a source of influence over the
>           enterprise names and described herein which
>           the defendants established, operated,
>           controlled, conducted, and participated in
>           the conduct of, in violation of Title 18,
>           United States Code, Section 1962, which
>           interests, securities, claims, and rights are
>           subject to forfeiture to the United States
>           pursuant to Title 18, United States Code,
>           Section 1962(a)(2); and
>
>     (iii) property constituting or derived from
>           proceeds obtained, directly and indirectly,
>           from the aforesaid racketeering activity, in
>           violation of Title 18, United States Code,
>           Section 1962, which property is subject to
>           forfeiture to the United States pursuant to
>           Title 18, United States Code, Section
>           1963(a)(3).

The interests forfeited pursuant to Title 18, United States Code, Section 1963(a)(1), (a)(2), and (a)(3), include:

A money judgment in the amount of $5,755,000.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.   As a result of the offenses in the Indictment for which the defendant was found guilty at trial, a money judgment in the amount of $5,755,000 shall be entered against the defendant.

2.   The United States of America shall be authorized

to deposit the forfeited funds in the Asset Forfeiture Fund, and the United States shall have clear title to the Forfeited Funds.

3.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, LJUSA NUCULOVIC .

4.  The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

5.  The Clerk of the Court shall forward four certified copies of this Order to Assistant U.S. Attorney Christina Paglia Bischoff, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       December 19 , 2006

SO ORDERED:

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE